# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2141

_____

| | | |
|---|---|---|
| Robert E. Sanford, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Nebraska Department of Correctional | * | |
| Services; Robert P. Houston, Director | * | [UNPUBLISHED] |
| of Correctional Services; Fred | * | |
| Britten, Warden at the Tecumseh | * | |
| State Corr. Inst.; Unknown Sherman, | * | |
| Unit Manager of SMU at Tecumseh | * | |
| State Corr. Inst. et al., | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 7, 2010
Filed: September 9, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate Robert E. Sanford appeals the district court's[1] 28 U.S.C. § 1915A dismissal without prejudice of his complaint under 42 U.S.C. § 1983 and

---

[1]The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

state law.  Following de novo review, <u>see</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude that Sanford's federal due-process claim was properly dismissed, because it was based on his placement in administrative segregation, which did not amount to an atypical and significant hardship.  <u>See</u> <u>Orr v. Larkins</u>, 610 F.3d 1032, 1034 (8th Cir. 2010) (per curiam).  We also find that the court did not abuse its discretion in declining to exercise supplemental jurisdiction over Sanford's remaining state-law claim.  <u>See</u> <u>Gibson v. Weber</u>, 431 F.3d 339, 342 (8th Cir. 2005).

Accordingly, we affirm the district court's judgment.  <u>See</u> 8th Cir. R. 47B.

_____